UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14–32574
 Chapter 13
Marcus McKeithen and Lavondra Smith,

    Debtors.

## ORDER

This case is before the court on the following matter:

*40* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Richard D. Shinbaum on behalf of Marcus McKeithen, Lavondra Smith. Responses due by 10/23/2017. (Attachments: # 1 Exhibit) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated October 24, 2017

Dwight H. Williams Jr.
United States Bankruptcy Judge